IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| JORGE CAMPOS | § |
| | § |
| VS. | §   CIVIL NO. 5:24-cv-00043 |
| | § |
| C.R. ENGLAND, INC. | § |
| and CADEN DAVID JENKINS | § |

### DEFENDANTS, C.R. ENGLAND, INC., and CADEN DAVID JENKINS' NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

Pursuant to 28 U.S.C. §§ 1332 and 1441(a), Defendants, **C.R. ENGLAND, INC., and CADEN DAVID JENKINS,** hereby removes this action to the United States District Court for the Southern District of Texas Laredo Division from the 406th Judicial District Court of Webb County, Texas, stating as follows:

1. Plaintiff, Jorge Campos is a resident of Laredo, Web County, and citizen of Texas.

2. Plaintiff commenced this action in the 406th Judicial District Court, Webb County, Texas, where it was given Cause No. 2024CVF000133D4.

3. Defendant, C.R. England, Inc. discloses that it is a Utah corporation organized under the law of the State of Utah. Its principal place of business is in the State of Utah.

4. Defendant, Caden David Jenkins resident and citizen of Georgia.

5. Plaintiff and Defendants are citizens of different states, the Defendants are not a resident or a citizen of Texas, and the proper parties are totally diverse from Plaintiff.

6. Defendant, C.R. England, Inc., served on February 5, 2024.

7. Defendant, Caden David Jenkins has not yet been served.

8. A copy of all process, pleadings, and orders known in this case are attached as Exhibit A.

9. The Defendants will provide written notice of this Notice of Removal to all adverse parties and will file a copy with the Clerk of the 406th Judicial District Court, Webb County, Texas.

Dated: February 23, 2024

Respectfully submitted,

*/s/ Larry D. Warren*

LARRY D. WARREN
State Bar No. 20888450
FBN: 13339
KRIZIA A. LANDIVAR
State Bar No. 24086064
**ATTORNEY FOR DEFENDANTS**

OF COUNSEL:

NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6300 (Main)
Telephone: (210) 731-6350 (Warren Direct)
Facsimile: (210) 785-2950
lwarren@namanhowell.com
klandivar@namanhowell.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February 2024, the foregoing document, was filed with the Clerk of Court using the CM/ECF system, and was served on all counsel of record via E-mail:

Andrew E. Toscano
SBN: 00786832
GENE TOSCANO, INC.
846 Culebra Road
San Antonio, Texas 78201
Telephone: (210) 732-6091
Facsimile: (210) 735-4167
atoscano@genetoscano.com
**ATTORNEY FOR PLAINTIFF**

*/s/ Larry D. Warren*
LARRY D. WARREN