Case 5:24-cv-00043   Document 35   Filed on 05/08/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
May 08, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JORGE CAMPOS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:24-cv-43 |
| | § | |
| C.R. ENGLAND, INC. *et al.* | § | |

## ORDER

The parties filed a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)[1] (Dkt. No. 34). Generally, parties in a civil suit may dismiss claims without a court order upon filing a stipulation of dismissal "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). This general rule is subject to limitations in class action suits, shareholder derivative suits, and suits where the Court has appointed a receiver. *See* Fed. R. Civ. P. 41(a)(1)(A). Unless otherwise indicated, Rule 41(a)(1)(A)(ii) dismissals operate without prejudice. Fed. R. Civ. P. 41(a)(1)(B).

Here, all parties signed the stipulation, none of the above limitations apply, and the parties expressly request that Plaintiff's claims be dismissed with prejudice (*see* Dkt. No. 34). Therefore, the stipulation's filing automatically dismissed Plaintiff's claims with prejudice. *See Def. Distributed v. U.S. Dep't of State*, 947 F.3d 870, 873 (5th Cir. 2020) (quoting *Nat'l City Golf Fin. v. Scott*, 899 F.3d 412, 415–16 (5th Cir. 2018)).

Because no claim remains pending in this case, the Clerk of Court is

---

[1] The parties mislabeled their stipulation as brought under Rule 41(a)(1)(ii) (*see* Dkt. No. 34). Because that provision does not exist and their filing is a joint stipulation signed by all appearing parties, the Court construes the stipulation pursuant to Rule 41(a)(1)(A)(ii).

1

**DIRECTED** to **TERMINATE** this civil action.

It is so **ORDERED**.

**SIGNED** May 8, 2025.

                                        *[signature]*
                                     Marina Garcia Marmolejo
                                     United States District Judge